IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREGORY ROOK | : | CIVIL ACTION |
| v. | : | |
| ROBERT MULVEY, M.D. | : | NO. 02-4463 |

**O R D E R**

      AND NOW, this _____ day of July, 2002, IT IS ORDERED:

      1.    Because it appears that plaintiff is indigent, his motion to proceed *in forma pauperis* is GRANTED.

      2.    The complaint is DISMISSED for lack of subject matter jurisdiction, as it appears that both parties are citizens of Massachusetts, and no federal cause of action is pled. Plaintiff may file an amended complaint within 30 days, which shall: (a) specify the basis for federal court jurisdiction; (b) plead any fraud claim with specificity; and (c) allege why venue is proper in Philadelphia.

                                                                                            _____
                                                                                                  Fullam, Sr.J.