IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREGORY ROOK | : | CIVIL ACTION |
| v. | : | |
| ROBERT MULVEY, M.D. | : | NO. 02-4463 |

**O R D E R**

AND NOW, this        day of September, 2002, IT IS ORDERED that the amended complaint is DISMISSED for lack of subject matter jurisdiction.

_____
Fullam, Sr.J.